UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-60044-CR-JORDAN   MAGISTRATE JUDGE
BROWN

IN RE:

GRAND JURY INVESTIGATION
FGJ 02-01

_____/

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and to order said items to remain sealed in the custody of the Clerk of the Court to protect the integrity of an ongoing investigation.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
JULIA J. STILLER
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5500485
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 660-5689
Facsimile: (954) 356-7336
Email: Julia.Stiller@usdoj.gov